United States District Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| BALJINDER SINGH, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00608 |
| | § | |
| WARDEN, Webb County Detention | § | |
| Center, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Warden of the Webb County Detention Center; Miguel Vergara, ICE Field Office Director; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd Blanche, Acting U.S. Attorney General; and Todd Lyons, Acting Director of ICE, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than April 15, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than April 22, 2026.**[1]

**Petitioner is DIRECTED to serve the petition and its attachments, (Dkt. No. 1), on Respondents via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service. Petitioner is **ORDERED** to file proof that service was sent via certified mail to Respondents **by April 10, 2026**.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action to

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Respondents. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Fifth Circuit has entered a decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). While *Buenrostro* may preclude Petitioner's interpretation of 8 U.S.C. § 1225(b)(2), Respondents are ordered to address all claims raised in the Petition.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on April 8, 2026.

John A. Kazen
United States District Judge